# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

RONALD EUGENE NEWMAN, JR.

v.  CASE NO. 3:06-cv-899-J-32MCR

UNITED STATES OF AMERICA

## ORDER

This case is before the Court on the Corrected Report and Recommendation of the Magistrate Judge (Doc. 37), which recommends that Ground 2 of Petitioner's Motion pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Doc. 1) be denied.  Petitioner has not filed an objection to the Magistrate Judge's Report and Recommendation.

Based upon independent and _de novo_ review, it is hereby

**ORDERED:**

1. The Magistrate Judge's Report and Recommendation (Doc. 37) is **ADOPTED** as the opinion of the Court.

2. Ground 2 of Petitioner's Motion pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence (Doc. 1) is **DENIED**.

3. The Court having now disposed of the entire motion, the Clerk should close the file.

**DONE AND ORDERED** in Jacksonville, Florida, this 21st day of December, 2007.

TIMOTHY J. CORRIGAN
United States District Judge

jcd
Copies to:

Hon. Monte C. Richardson, United States Magistrate Judge
Bonnie Ames Glober, AUSA
Terry Nathan Silverman, Esquire